UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-30462 |
|---|---|
|    HERBERT EUGENE RIEGEL JR. | (Chapter 13) |
|    EMILIE DARLENE RIEGEL | |
| Debtors | JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4061006**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 22 | WELLS FARGO BANK NA<br>ONE HOME CAMPUS<br>MAC#X2302-04C  BK CASH MGMNT<br>DES MOINES, IA  50328 | 882.45 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 2/17/2011

Certificate of Service        08-30462

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

HERBERT EUGENE RIEGEL JR.
EMILIE DARLENE RIEGEL
37 N. MAPLE STREET
NEW LEBANON, OH  45345

RICHARD E WEST
195 E CENTRAL AVE
BOX 938
SPRINGBORO, OH  45066

(17.1n)
CHASE AUTO FINANCE
ATTN JAYME FERNANDEZ
201 N CENTRAL AVE
PHOENIX, AZ  85004

(21.1n)
MATTHEW T SMITH
814 WHEELING AVE
CAMBRIDGE, OH  43725

(22.4)
STEVEN H PATTERSON
FOR WELLS FARGO BANK
BOX 5480
CINCINNATI, OH  45201

(22.1)
WELLS FARGO BANK NA
ONE HOME CAMPUS
MAC#X2302-04C  BK CASH MGMNT
DES MOINES, IA  50328

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner        sv